UNITED STATES DISTRICT COURT　　　　　　　　　　SOUTHERN DISTRICT OF TEXAS

~~United States Dis~~trict Court
Southern District of Texas
**ENTERED**
March 10, 2016
David J. Bradley, Clerk

| | |
|---|---|
| ROBERT RANDALL LONG,  §<br>　　Petitioner, §<br>　　　　　　　　　　　 §<br>versus 　　　　　　　　　§<br>　　　　　　　　　　　 §<br>WILLIAM STEPHENS, 　　　§<br>Director of the Texas Department of Criminal §<br>Justice, Correctional Institutions Division, §<br>　　Respondent. §　 | CIVIL ACTION 4:15-CV-03656 |

## Order of Adoption

On February 23, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 18), to which the petitioner objected (Dkt. 20). After considering the record, the court overrules the objections and adopts the memorandum and recommendation as its opinion. The petition is dismissed without prejudice for failure to exhaust state remedies. The court will issue a separate final judgment.

Signed March 9, 2016, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge